

No. 14–0586/AF. U.S. v. Richard M. Cherubini, Jr. CCA 38292. On consideration of the motions filed by Lieutenant Colonel Jane E. Boomer to withdraw as appellate defense counsel, it appears that the Judge Advocate General has assigned other counsel to represent the Appellants and the new counsel have assumed the representation of said Appellants. Accordingly, it is ordered that said motions are hereby granted.

No. 14–0614/AR. U.S. v. Jason A. Price. CCA 20121003. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to June 19, 2014, and *absent extraordinary circumstances, no further extension of time will be granted in this case.*

Wednesday, June 11, 2014

No. 14–5009/AF. U.S. v. Patrick J. Huey. CCA 38139. Notice is hereby given that a certificate for review of the decision of the United States Air Force Court of Criminal Appeals was filed under Rule 22 this date on the following issue:

> WHETHER THE AIR FORCE COURT OF CRIMINAL APPEALS ERRED IN FINDING THAT IMAGES 00395505, 00394392, 00395408, 00395454, 00365481, FROM PROSECUTION EXHIBIT 11; THE THIRD AND FOURTH IMAGES ON PAGE 5, THE SECOND IMAGE ON PAGE 7, THE IMAGE ON PAGE 9, THE IMAGE ON PAGE 12, AND THE IMAGE ON PAGE 14 OF PROSECUTION EXHIBIT 14; IMAGE 00180276 IN THE "NON NCMECCP" FOLDER AND IMAGES ON PAGES 11, 14, 29, 31, 41, AND 42 IN THE WORD DOCUMENT TITLED "PE_THUMB-NAILS" OF PROSECUTION EXHIBIT 15 DID NOT CONSTITUTE VISUAL DEPICTIONS OF A MINOR ENGAGED IN SEXUALLY EX-PLICIT CONDUCT AS A MATTER OF LAW.